IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT JAHODA,<br>individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>STERLING JEWELERS, INC.,<br><br>        Defendant. | Case No.  2:13-cv-1729-LPL<br><br>FILED ELECTRONICALLY |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff hereby voluntarily dismisses this action without prejudice.

                              By:    */s/ R. Bruce Carlson*
                                        R. Bruce Carlson (PA 56657)
                                        bcarlson@carlsonlynch.com
                                        CARLSON LYNCH LTD
                                        PNC Park
                                        115 Federal Street, Suite 210
                                        Pittsburgh, PA 15212
                                        (p) 412.322.9243
                                        (f) 412.231.0246